# United States District Court
## *Southern District of Georgia*

ALFRED S. HENDRIX

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-91

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 15, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Hendrix's 2255 petition. This action stands closed.



September 15, 2014
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk